No. 86–5762.  WALKER v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 86–5815.  MCDERMOTT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–5828.  HEINEMANN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–5855.  PAULI v. JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 86–5857.  VAN HORN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–5868.  FOWLER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–5911.  WAGUESPACK v. PEAVEY CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–5922.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–5928.  ELSHENAWY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–5946.  EGGLESTON v. COUNTY OF SANTA CLARA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–5961.  GOMEZ v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 86–5976.  RODRIQUEZ-MONDRAGON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–5982.  FALCON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 86–5983.  BAUER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 86–5985.  BROWN v. RETIREMENT COMMITTEE OF THE BRIGGS & STRATTON RETIREMENT PLAN ET AL.  C. A. 7th Cir.  Certiorari denied.